■ The People of the State of New York, Respondent, v Melvin Martin, Appellant. [63 NYS3d 852]—

Judgment, Supreme Court, New York County (Tandra L. Dawson, J.), rendered July 13, 2016, convicting defendant, upon his plea of guilty, of menacing in the second degree, and sentencing him to a term of seven months, unanimously affirmed.

The accusatory instrument was jurisdictionally sound because it contained nonconclusory factual allegations that, if assumed to be true, established each element of second-degree menacing and provided reasonable cause to believe that defendant committed that crime (*see People v Jackson*, 18 NY3d 738 [2012]; *People v Dreyden*, 15 NY3d 100 [2010]). The fact that the firsthand account contained in the victim's supporting deposition corrected some minor inaccuracies contained in a detective's secondhand supporting deposition did not create any jurisdictional defect. Concur—Renwick, J.P., Manzanet-Daniels, Mazzarelli, Kahn and Moulton, JJ.